UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SHANE VALMONT

CASE NO. 8:24 cr 460 CEH-CPT

18 U.S.C. § 1791(a)(2)
(Possession of Contraband)

**INDICTMENT**

OCT 24 2024 PM 2:40
FILED - USDC - FLMD - TPA

The Grand Jury charges:

**COUNT ONE**
**(Possession of a Cellular Telephone)**

On or about July 10, 2024, in the Middle District of Florida, the defendant,

SHANE VALMONT,

an inmate of Citrus County Detention Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed a prohibited object, namely, a cellular telephone,

In violation of 18 U.S.C. §§ 1791(a)(2), (b)(4), and (d)(1)(F).

**COUNT TWO**
**(Possession of an Object Designed or Intended to be Used as a Weapon)**

On or about July 10, 2024, in the Middle District of Florida, the defendant,

SHANE VALMONT,

an inmate of Citrus County Detention Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and

agreement with the Attorney General, possessed a prohibited object, namely, an object that is designed or intended to be used as a weapon,

In violation of 18 U.S.C. §§ 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael J. Buchanan
Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHANE VALMONT

INDICTMENT

Violations: 18 U.S.C. § 1791(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of October 2024.

_____
Clerk - Karina Nieves

Bail $_____

GPO 863 525